# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | | |
| v. | | Case No. |
| JASON A. TOBEY | | 3:18-mj-0024 DMC |
| _____ | | |
| Defendant | | |

## PROPOSED ORDER

Having read the stipulation between Defendant, Jason A. Tobey and the Government, this Court hereby orders that the closing brief that was ordered to be filed on May 24th, 2019 must now be filed by July 1st, 2019.

It is so ORDERED.

Dated: May 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE