|   |   |   |   |
|---|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | | |
| 2 | EASTERN DISTRICT OF CALIFORNIA | | |
| 3 | UNITED STATES OF AMERICA, | : | Case No. 3:18-mj-00024-DMC-1 |
| 4 | Plaintiff, | : | Redding, California<br>Tuesday, September 25, 2018 |
| 5 | v. | : | 9:25 a.m. |
| 6 | JASON A. TOBEY, | : | DETENTION HEARING |
| 7 | Defendant. | : | |
| 8 | : : : : : : : : : : : : : : : : | | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE DENNIS M. COTA,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the United States of America: | Shasta Trinity National Forest<br>BY: LANA CRUZ, ESQ.<br>3644 Avtech Parkway<br>Redding, CA  96002 |
| For the Defendant: | TRAVIS E. STROUD, ESQ.<br>1305 Solano Street<br>Corning, CA  96021 |
| Court Recorder: | COURT PERSONNEL |
| Transcript prepared by: | JANICE RUSSELL TRANSCRIPTS<br>1418 Red Fox Circle<br>Severance, CO  80550<br>(757) 422-9089<br>trussell31@tdsmail.com |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1     REDDING, CALIFORNIA, TUESDAY, SEPTEMBER 25, 2018, 9:25 A.M.
 2        (Call to Order of the Court)
 3             THE COURTROOM DEPUTY:  Mr. Stroud, are you ready to
 4   take up your matter?
 5             MR. STROUD:  Oh, yeah, sure, Madam Clerk.  Yes.
 6             THE COURTROOM DEPUTY:  Okay.
 7             The United States versus Jason Tobey.
 8             MR. STROUD:  Travis Stroud, your Honor, appearing for
 9   Jason Tobey, who's present.
10             THE COURT:  Good morning, Counsel.
11             And for the Government?
12             MS. CRUZ:  Lana Cruz.  Good morning.
13             THE COURT:  Good morning, Ms. Cruz.
14             I'll, I'll hear first from the Government.  What, what
15   do we have here, Counsel, or Ms. Cruz?
16             MS. CRUZ:  Your Honor, I spoke with Mr. Tobey's
17   counsel.  We've offered one-week incarceration and a $4,000
18   fine to settle the matter.
19             THE COURT:  All right.
20             And we have a violation of 36 Code of Federal
21   Regulations, Section 2613(c).  This is a misdemeanor.  Is that
22   the, is that the only charge that we're dealing with today,
23   Ms. Cruz?
24             MS. CRUZ:  Correct.
25             THE COURT:  All right.
```

1           I'll hear from defense counsel.

2           MR. STROUD:  Yes.  We have received the offer from the
3  United States Attorney, or the Assistant.  What's going on is
4  that my client would ask that the Court allow him to be let out
5  on his own recognizance so that he can, on multiple levels,
6  that he can, he can give a defense to the Court.

7           Furthermore, I think that my client is a, he is a
8  veteran of our country.  He has a disabled wife.  He has no
9  criminal record and I know that the United States Attorney,
10 that they believe or she believes that my client made some, you
11 know, some unruly, for lack of a better term, statements, but
12 what I would want to point out is that there are always two
13 sides to a story and I, and my client is adamant that that
14 isn't what occurred.  If the Court -- I know this is not the
15 time to argue the case, but it is important in regards to
16 allowing my client to either post bail -- and I'm sure that
17 that's not the proper term in federal court -- or allow him out
18 on his own recognizance.

19          My client was agitated because the Forestry Service
20 continued to fly over his home at a level -- and he would have
21 expertise in that because he was a Marine -- and so he went to
22 talk to them and I think that the, the U. S. Forestry Service
23 and him, they got into an argument.  And so it's my
24 understanding that they both got volatile and they both started
25 to scream and it was an issue of, "Oh, well, what are you going

1  to do about it?"  And, and then that's how the statements came
2  up.
3          So to submit on the matter, your Honor, looking at the
4  fact that my client has never been in trouble, he has a
5  disabled wife -- and I believe she's in the courtroom -- and
6  that it's just -- this is -- it's something that's not been
7  planned.  It wasn't like he's on some terrorist list or
8  anything like that.  This is one instance where two individuals
9  got into an argument.
10         So we would ask that he be allowed out on his own
11 recognizance so he can give a defense to this matter.
12         THE COURT:  I'm taking from that elaborate
13 explanation, Counsel, that your client is not interested in the
14 proposed resolution from the Government?
15         MR. STROUD:  No.  No.  And -- and we -- that's the
16 first that I heard about a week in jail.  Certainly not.
17         THE COURT:  All right.
18         MR. STROUD:  Once again, it's -- he, he's asking the
19 Court today -- and I, and I, I continue to ask -- is that he be
20 allowed out on his own recognizance so he can fight this
21 matter.
22         THE COURT:  Based on the showing from the defense as
23 to the status of Mr. Tobey, I am going to grant that request
24 that Mr. Tobey be released on his own recognizance.
25         And, Madam Court, can -- Madam Clerk, can we set a

1  further court date?

2          THE COURTROOM DEPUTY:  Is counsel available October
3  30th at 11:00?

4          MR. STROUD:  No.  I have a conservatorship matter in
5  Colusa County.

6          THE COURTROOM DEPUTY:  October 31st at 11:30?

7          MR. STROUD:  Yes.  I can do October 31st at 11:30.

8          THE COURT:  Very good, then.

9          Mr. Tobey, between now and October 31st at 11:30
10 you'll be released on your own recognizance.  During that
11 period you are not to have contact with representatives from
12 the U. S. Forest Service --

13         THE DEFENDANT:  Absolutely.

14         THE COURT:  -- other than what might be needed on an
15 official basis.  But avoid any communications or contact
16 relating to this matter and we will see you back here on the
17 31st.

18         And at that time, Counsel, we can address the, the
19 further disposition of this matter and, and we'll go from
20 there.

21         THE DEFENDANT:  Thank you.  Thank you, your Honor.

22         MR. STROUD:  Thank you, your Honor.

23         THE COURT:  And, Counsel, I realize this is the, the
24 first time that you've, that you've been with us.  For future
25 reference, please always stand when you address the Court.

1      MR. STROUD: Very well. I will certainly do that,
2 your Honor. Thank you.
3      THE COURT: All right. Thank you.
4   (Proceedings concluded at 9:32 a.m.)
5
6
7
8
9
10
11                       CERTIFICATE
12      I, court approved transcriber, certify that the
13 foregoing is a correct transcript from the official electronic
14 sound recording of the proceedings in the above-entitled
15 matter.
16 /s/ *Janice Russell*                        April 30, 2020
17 Janice Russell, Transcriber                    Date
18
19
20
21
22
23
24
25